486

169 A.3d 979

JOYCE DAVIS, PLAINTIFF, v. ERIC DAVIS, DEFENDANT–
PETITIONER. (MICHAEL S. STEIN–RESPONDENT)

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004739–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs; and it further

ORDERED that the notice of appeal is dismissed.

169 A.3d 979

STATE OF NEW JERSEY, PLAINTIFF, v. DION E. ROBINSON, A/K/A QUANTAE MASON ALBERT MITCHELL, DEFENDANT–MOVANT.

June 15, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–1287) is granted.